## Farmers & Mechanics Bank *v.* Aspinwall-Delafield Co., Appellant.

Argued October 21, 1919. Appeal, No. 127, Oct. T., 1919, by defendant, from judgment of C. P. Allegheny Co., on verdict for plaintiff in case of Farmers & Mechanics Bank v. Aspinwall-Delafield Co. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING and KEPHART, JJ. Affirmed.

PER CURIAM, March 8, 1920:

This appeal was heard in connection with that taken by the appellant to October Term, 1919, No. 7, in which the Greensburg Title & Trust Company was the appellee [266 Pa. 160]. The same question is involved in each

appeal, and the affirmance of the judgment in the first is controlling in the second.

Judgment affirmed.